# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>          Plaintiff,<br><br>     v.<br><br>ABELARDO ESPINOZA RAMOS, et al.,<br><br>          Defendants. | Case No.  1:16-cv-00077-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS BY MAY 9, 2016 |

Plaintiff filed this action on January 19, 2016 alleging violation of the Americans with Disabilities Act.  Defendants filed an answer to the complaint on March 17, 2016.  On April 7, 2016, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;

2. The parties shall file dispositional documents on or before May 9, 2016; and

/ / /

/ / /

/ / /

/ / /

/ / /

1

3. Within ten (10) days of the date of service of this order, the parties shall file a consent/decline form indicating whether they consent to magistrate judge jurisdiction for purposes of dismissing the case upon settlement. If the parties do not wish to consent they can advise the court's Courtroom Deputy, Mamie Hernandez of their decision.

IT IS SO ORDERED.

Dated:   **April 8, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

2