# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE TRUJILLO,** | 1:16-cv-077-LJO-SAB |
| **Plaintiff,** | **ORDER RE STIPULATION TO DISMISS (Doc. 13)** |
| v. | |
| **ABELARDO ESPINOZA RAMOS, dba LOS ARBOLITOS, et al.,** | |
| **Defendants.** | |

On April 19, 2016, the parties filed a stipulation to dismiss this entire action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii). Doc. 13 at 2. Based that stipulation, the Court DISMISSES WITH PREJUDICE this case. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

   Dated: **April 20, 2016**            **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE